OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Samuel F. RIZZO, Respondent.

No. 327 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1997, there having been filed with this Court by Samuel F. Rizzo his verified Statement of Resignation dated April 1, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Samuel F. Rizzo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

John G. TAKACS, Respondent.

No. 174 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1997, upon consideration of the Report and Recom-mendations of the Disciplinary Board dated March 17, 1997, it is hereby

ORDERED that JOHN G. TAKACS be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, retroactive to February 26, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Lacy R. WHEELER, III, Respondent.

No. 322 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 6, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 6th day of May, 1997, upon consideration of the Report and Recom-mendations of the Disciplinary Board dated March 17, 1997, it is hereby

ORDERED that Lacy R. Wheeler, III, be and he is suspended from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is fur-ther ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.